# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CHANGE OF PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) | **COURT MINUTES - CRIMINAL** |

| | | |
|---|---|---|
| | ) | |
| v. | ) | Case No: 25-cr-432(ADM/ECW) (1) |
| | ) | Date: June 18, 2026 |
| | ) | Court Reporter: Leslie Ruiz |
| RAYMOND CHRISTIAN GARCIA, | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 13E |
| | ) | Time Commenced: 1:34 p.m. |
| | ) | Time Concluded: 2:08 p.m. |
| | | Time in Court: 34 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:      Rebecca Kline
    For Defendant:   Lisa Lopez

PROCEEDINGS:
    ☒ **Change of Plea Hearing.**


    ☒ PLEA:
        ☒ Guilty as to Count 2.

    ☒ Presentence Investigation and Report requested.
    ☒ Defendant to remain in custody.

                                                                    MDB
                                                        Judicial Assistant