# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CHANGE OF PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| | ) | Case No: 25-cr-432(ADM/ECW) (2) |
| v. | ) | Date: June 18, 2026 |
| | ) | Court Reporter: Leslie Ruiz |
| ISIAH ANGELO GARCIA, | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 13E |
| | ) | Time Commenced: 2:33 p.m. |
| | ) | Time Concluded: 3:01 p.m. |
| | | Time in Court: 28 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:    Rebecca Kline
  For Defendant:    Ashley Heaney

PROCEEDINGS:
  ☒ **Change of Plea Hearing.**


  ☒ PLEA:
    ☒ Guilty as to Count 2.

  ☒ Presentence Investigation and Report requested.
  ☒ Defendant to remain in custody.

MDB
Judicial Assistant