UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RAYMOND CHRISTIAN GARCIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 25-432(1) (DWF/ECW)<br><br>**MR. GARCIA'S MOTION FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |

Raymond Christian Garcia, by and through his attorney, Lisa M. Lopez, respectfully moves the Court for an order extending the time limits under the Local Rules in which position pleadings are due. Position pleadings in this matter are currently due on September 30, 2026, as set by the notice of the Final Presentence Report. ECF 52. Mr. Garcia respectfully requests an extension of this deadline to two weeks before his sentencing, which is currently scheduled for October 29, 2026. ECF 50. If granted, position pleadings would be due on or before October 15, 2026. The extension of the deadline would allow parties to provide the Court with the most up to date information in advance of sentencing.

Undersigned counsel has conferred with the government and counsel for Mr. Isiah Garcia, and neither noted any objection. Undersigned counsel asks that the extension apply to the government and to Mr. Isiah Garcia as well.

Dated: September 25, 2026

Respectfully submitted,

*s/Lisa M. Lopez*

LISA M. LOPEZ
Attorney ID No. 395791
Attorney for Mr. Garcia
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415